UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-cv-21478-RNS

ANIA ROQUE,

      Plaintiff,

v.

ALWAYS CLEAN 51, INC.
and MADY GOMEZ,

      Defendants.
_____/

## SUGGESTION OF BANKRUPTCY UNDER CHAPTER 7

**MADY GOMEZ,** Defendant herein, by and through undersigned counsel, files this Suggestion of Bankruptcy under Chapter 7 of Title 11, U.S. Code, and states:

1. Mady Gomez filed a petition under Chapter 7, Title 11, U.S. Code in the United States Bankruptcy Court, Southern District of Florida, on the 28th day of July, 2015 under CASE NO. 15-23532-AJC. A copy of the bankruptcy case style is attached hereto.

2. Effective with the filing of said petition, all of the property, both real and personal of said Debtor, became subject to the jurisdiction of the United States Bankruptcy Court, Southern District of Florida, pursuant to the provisions of the Act of Congress relating to bankruptcy, Title 11, U.S. Code.

3. The filing of a Chapter 7 proceeding operates as an automatic stay of the commencement or continuation of any actions against the Debtor, including this action or the enforcement of any judgment against said Debtor.

Respectfully submitted this 28th day of July, 2015.

>RICE PUGATCH ROBINSON, P.A.
>*Counsel for Defendants,*
>*Always Clean 51, Inc. and Mady Gomez*
>101 N.E. Third Avenue, Suite 1800
>Ft. Lauderdale, Florida 33301
>Telephone: (954) 462-8000
>Facsimile:  (954) 462-4300
>Email: rcohen@rprslaw.com
>Email: dnattoo@rprslaw.com
>
>By: /s/ Ronald J. Cohen
>      Ronald J. Cohen
>      Fla. Bar No.: 235540

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>By: /s/ Ronald J. Cohen
>      Ronald J. Cohen
>      Fla. Bar No.: 235540

## SERVICE LIST

Elizabeth Olivia Hueber
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305)865-6766
Fax: (305) 865-7167
Email: elizabeth.hueber.esq@gmail.com

Steven C. Fraser
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305)865-6766
Fax: (305) 865-7167
Email: steven.fraser.esq@gmail.com

Jamie H. Zidell
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
Tel: (305)865-6766
Fax: (305) 865-7167
Email: zabogado@aol.com

J:\WPDocs\5600.001 Ania Roque and Always Clean 51, Inc and Mady Gomez\Pleadings\Suggestion of Bankruptcy.docx

United States Bankruptcy Court
Southern District of Florida

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 07/28/2015 at 5:05 PM and filed on 07/28/2015.

**Mady Gomez**
13735 NW 5th Court
North Miami, FL 33168
SSN / ITIN: xxx-xx-9086
*aka* **Mady Gomez Reytor**

The case was filed by the debtor's attorney:

**Christian Savio**
101 NE 3 Ave # 1800
Ft lauderdale, FL 33301
954-462-8000

The bankruptcy trustee is:

**Soneet Kapila**
www.kapilatrustee.com
PO Box 14213
Ft Lauderdale, FL 33302
954-761-8707

The case was assigned case number 15-23532-AJC to Judge A. Jay Cristol.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Joseph Falzone**
**Clerk, U.S. Bankruptcy Court**