United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ania Roque, Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 15-21478-Scola |
| ) | |
| Always Clean 51, Inc., and Mady ) | |
| Gomez, Defendants. ) | |

### Order Staying Case Upon Notice Of Bankruptcy

Defendant Mady Gomez recently informed the Court that she has filed a petition for Chapter 7 bankruptcy protection. (ECF No. 18.) The filing of the petition for bankruptcy triggers an automatic stay of this case as to Gomez by virtue of 11 U.S.C. § 362.

The Court **stays** this case as to Debtor Gomez until the conclusion of the bankruptcy proceedings. Should the parties seek a stay of the entire case and removal of the case from the Court's trial calendar they must notify the Court immediately. The Court **orders** Defendant Gomez's counsel, Ronald Cohen, to file status reports advising this Court of the status of the bankruptcy proceedings every 120 days; the first one is due by **December 23, 2015**. Failure to timely file a status report in compliance with this Order may result in the immediate imposition of sanctions against counsel.

The Court **further orders** Gomez to file a copy of any order from the bankruptcy court that lifts the automatic stay or otherwise terminates the bankruptcy proceedings. Such an order must be filed with this Court within 14 days of it being issued by the bankruptcy court.

**Done and ordered** in chambers at Miami, Florida on August 27, 2015.

_____
Robert N. Scola, Jr.
United States District Judge