United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ania Roque, Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 15-21478-Scola |
| | ) |
| Always Clean 51, Inc., and Mady Gomez, Defendants. | ) |

### Order Requiring The Parties To File A Proposed Order Scheduling Mediation

This matter is before the Court upon an independent review of the record. On July 1, 2015, the Court issued its Scheduling Order (ECF No. 17) requiring the parties to file a proposed order scheduling mediation, setting forth the name of the mediator, and the date, time, and location of the mediation. The deadline to file the proposed order was August 31, 2015. The parties ignored this order. Instead, on August 28, 2015, the parties filed their second status report suggesting that the corporate Defendant, Always Clean 51, Inc., cannot afford mediation or that the parties may be able to reach a settlement. (ECF No. 20.) The case has been stayed as to the individual Defendant, Mady Gomez, until the conclusion of her bankruptcy proceedings. (ECF No. 19.)

The parties are once again **ordered** to file their proposed order scheduling mediation, setting forth the name of the mediator, and the date, time, and location of the mediation. The deadline to file the proposed order is **September 24, 2015**. The parties are forewarned that continuing to ignore court orders will result in a dismissal of this action. *Cf. Powell v. Siegal*, 447 F. App'x 92, 94 (11th Cir. 2011) ("Rule 16(f) authorizes a court to impose sanctions, including dismissal under Rule 37(b)(2)(A)(v), if a party fails to obey a pretrial order."). Additionally, if counsel for Always Clean 51, Inc. seeks to withdraw, counsel must file a motion to withdraw by **September 17, 2015**.

**Done and ordered** in chambers, at Miami, Florida, on September 10, 2015.

_____
Robert N. Scola, Jr.
United States District Judge