United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ania Roque, Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 15-21478-Scola |
| | ) |
| Always Clean 51, Inc., and Mady | ) |
| Gomez, Defendants. | ) |

### Order Granting Motion to Strike and for Entry of Clerk's Default

On August 28, 2015, the parties filed a status report suggesting that the corporate Defendant, Always Clean 51, Inc., could not afford mediation. (ECF No. 20.) The case has been stayed as to the individual Defendant, Mady Gomez, until the conclusion of her bankruptcy proceedings. (ECF No. 19.) On September 10, 2015, the Court entered an Order (ECF No. 21) requiring the parties to file a proposed order scheduling mediation by September 24, 2015, and directing counsel for Always Clean 51, Inc. to file a motion to withdraw by September 17, 2015. Ronald J. Cohen, counsel for Always Clean, Inc. sought leave to withdraw as counsel (ECF No. 21), which the Court granted (ECF No. 23).

Because a corporation may not litigate a matter pro se, the Court directed Always Clean 51, Inc. to retain new counsel on or before October 5, 2015. No new counsel has appeared on Always Clean 51, Inc.'s behalf, and the deadline to appear has passed. The Court warned that if Always Clean failed to timely retain new counsel, the Court would strike Always Clean's pleadings and hold the corporation in default. Thus, based on Always Clean 51, Inc.'s lack of participation in this lawsuit and the Court's warnings, the Court **grants** Plaintiff's motion to strike and for entry of clerk's default (ECF No. 28). *Cf. Powell v. Siegal,* 447 F. App'x 92, 94 (11th Cir. 2011) ("Rule 16(f) authorizes a court to impose sanctions, including dismissal under Rule 37(b)(2)(A)(v), if a party fails to obey a pretrial order."). The Court **directs** the Clerk to enter a default against Always Clean 51, Inc.

Because the Court may not enter a default judgment until the conclusion of the bankruptcy proceedings against Mady Gomez, *see Frow v. De La Vega*, 82 U.S. 552, 554 (1872), the Court **stays** the case until the conclusion of the bankruptcy proceedings.

**Done and ordered** in chambers, at Miami, Florida, on October 16, 2015.

_____
Robert N. Scola, Jr.
United States District Judge