UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANIA ROQUE

PLAINTIFF(S)

v.

ALWAYS CLEAN 51, INC., et al.,

DEFENDANT(S).

CASE NUMBER
1:15−cv−21478−RNS

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**ALWAYS CLEAN 51, Inc.**

as of course, on the date October 19, 2015.

STEVEN M. LARIMORE
CLERK OF COURT

By  /s/ *Collette Quinones*
Deputy Clerk

cc: Judge Robert N. Scola, Jr
    Ania Roque

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)